FILED
CLERK, U.S. DISTRICT COURT
NOV 26 2013
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Patrick James Smart <br> Defendant. | Case No.: 5:13-MJ-559 <br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Southern__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    (X) the defendant's nonobjection to detention at this time

    ( ) other: _____

1

| | | |
|---|---|---|
|1| |and/ or|
|2|B. (X)|The defendant has not met his/her burden of establishing by clear and|
|3| |convincing evidence that he/she is not likely to pose a danger to the|
|4| |safety of any other person or the community if released under 18 U.S.C.|
|5| |§ 3142(b) or (c). This finding is based on the following:|
|6| |(X) information in the Pretrial Services Report and Recommendation|
|7| |(X) information in the violation petition and report(s)|
|8| |(X) the defendant's nonobjection to detention at this time|
|9| |( ) other: _____|

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: November 26, 2013

SHERI PYM
United States Magistrate Judge

2